IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA

**BRIAN PUSKAS and TERESA PUSKAS, and all others similarly situated**

    *Plaintiff(s) / Petitioner(s)*

v.

Case No.: 23-CA-857

**MODERN CONCEPTS CONSTRUCTION, LLC, MODERN CONCEPTS SOLAR AND ROOFING INC,, and GOODLEAP, LLC**

    *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Marilyn Valdes, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on March 2, 2023 at 12:22 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on MODERN CONCEPTS SOLAR AND ROOFING INC in Miami-Dade County, FL on March 2, 2023 at 4:12 pm at 1840 SW 22nd St, 4th Floor, Miami, FL 33145 by leaving the following documents with Marcy Sanchez who as Paralegal at SPIEGEL & UTRERA, PA is authorized by appointment or by law to receive service of process for MODERN CONCEPTS SOLAR AND ROOFING INC.

Summons
Complaint
Exhibits
Case Management Order

Additional Description:
CORPORATE SERVICE: I served and explained the contents to an employee of the registered agent company pursuant to F.S. 48.081(3)(a)

Hispanic or Latino Female, est. age 40, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=25.7505493164,-80.224786428
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to

Florida Statute 92.525.

Executed in
___Miami-Dade County_____,
___FL_____ on ___3/8/2023_____.

/s/ *Marilyn Valdes*
_____
Signature
Marilyn Valdes
10067
(786) 663-3299
1750 NW 76th Ter, Miami, FL 33147

# Exhibit 1

Exhibit 1a)



Filing # 167682658 E-Filed 02/28/2023 10:46:35 AM
Case 8:23-cv-00736-SDM-TGW   Document 8-1   Filed 04/05/23   Page 4 of 6 PageID 74

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL ACTION

BRIAN PUSKAS and TERESA PUSKAS, and
all others similarly situated,

                Plaintiff,

CASE NO.: 23-CA- 857

JURY TRIAL DEMANDED
PROPOSED CLASS ACTION

v.

MODERN CONCEPTS CONSTRUCTION, LLC,
MODERN CONCEPTS SOLAR AND ROOFING INC.,
and GOODLEAP, LLC

                Defendants.
_____/

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s) <u>MODERN CONCEPTS SOLAR AND ROOFING INC. SPIEGEL & UTRERA, P.A. 1840 SOUTHWEST 22ND STREET, 4TH FLOOR MIAMI, FL 33145.</u>

    Each defendant is required to serve written defenses to the complaint or petition on <u>Bryant H.Dunivan, Jr., Esquire</u>, plaintiff's attorney, whose address is <u>301 W. Platt St., #216, Tampa, FL 33606</u>, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on the plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on __3/1/2023__

Printed: _____Bryant H. Dunivan Jr., Esq_____
Attorney for __Plaintiff_____
_____

Address: <u>301 W. Platt St., #216</u>
<u>Tampa,FL 33606</u>
Florida Bar No: <u>0102594</u>

**Angelina "Angel" Colonneso**
As Clerk of the Court
By:_____
As Deputy Clerk

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Manatee County Jury Office, P.O. Box 25400, Bradenton, Florida 34206, (941)741- 4062, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

IMPORTANT
A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

IMPORTANTE
Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.
Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT
Des poursuites judiciaries ont ete enterprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom de parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse escrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## In and for Manatee County:

**If you cannot afford an attorney, contact Gulfcoast Legal Services at (941) 746-6151 or www.gulfcoastlegal.org, or Legal Aid of Manasota at (941) 747-1628 or www.legalaidofmanasota.org. If you do not qualify for free legal assistance or do not know an attorney, you may email an attorney referral service (listed in the phone book) or contact the Florida Bar Lawyer Referral Service at (800) 342-8011.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)