UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN and TERESA PUSKAS, individually
and on behalf of all others similarly situated,

      Plaintiffs,                            CASE NO.: 8:23-CV-00736-SDM

vs.

GOODLEAP, LLC, et. al.,

      Defendant.

_____/

**<u>PLAINTIFF'S MOTION FOR CLERK TO ENTER DEFAULT</u>**

Plaintiffs, BRIAN and TERESA PUSKAS ("Plaintiff"), moves for an entry of default pursuant to Fed. R. Civ. P. 55(a) and Fed. R. Civ. P. 81(c)(2), against Defendants, MODERN CONCEPTS SOLAR AND ROOFING INC and MODERN CONCEPTS CONSTRUCTION, LLC ("Defendants"), failure to serve any paper or pleading on the undersigned, and states as follows.

1.     This matter was removed to this Court on April 4, 2023.

2.     Defendant, MODERN CONCEPTS SOLAR AND ROOFING INC, was served on March 2, 2023. (See Doc. No: 8).

3.     Defendant, MODERN CONCEPTS CONSTRUCTION, LLC was served on March 20, 2023 (See Doc. No: 9).

4. Pursuant to Rule 81(c)(2), after removal, a defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of:

(a) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;
(b) 21 days after being served with the summons for an initial pleading on file at the time of service; or
(c) 7 days after the notice of removal is filed.

5. 7 days after the notice of removal is the longest of these timelines. To date, no responsive paper or pleading has been filed.

6. Undersigned has had no contact from any individual or firm purporting to represent this Defendant.

**WHEREFORE**, Plaintiffs, Plaintiffs, BRIAN and TERESA PUSKAS request that the Clerk enter a default against Defendants, MODERN CONCEPTS SOLAR AND ROOFING INC and MODERN CONCEPTS CONSTRUCTION, LLC, and grant such other and further relief that may be awarded at law or in equity.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on April 12, 2023 via CM/ECF, and, via US MAIL to:

Modern Concepts Solar and Roofing, Inc.
1840 SW 22nd St, 4th Floor,
Miami, FL 33145

Modern Concepts Construction LLC
201 N Franklin St, 2200,
Tampa, FL 33602

Respectfully submitted,

THE CONSUMER PROTECTION ATTORNEY, PA
Attorneys for Defendant(s).
301 W. Platt St., #216.
Tampa, FL 33606
Phone: 813.252.0239
Email: bryant@theconsumerprotectionattorney.com
eservice@theconsumerprotectionattorney.com


By:     /s/ Bryant H. Dunivan Jr.
         Bryant H. Dunivan Jr., Esq.
         Fla. Bar No.: 102594
         MI P. No.: 85206