UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN PUSKAS and TERESA PUSKAS,

    Plaintiffs,

v.                                          Case No: 8:23-cv-736-SDM-TGW

GOODLEAP, LLC, MODERN CONCEPTS
CONSTRUCTION, LLC and MODERN
CONCEPTS SOLAR AND ROOFING,
INC.,

    Defendants.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **MODERN CONCEPTS SOLAR AND ROOFING, INC.** in Tampa, Florida on the 12th day of April, 2023.

                                              ELIZABETH M. WARREN, CLERK

                                              s/C. Roberts, Deputy Clerk

Copies furnished to:

Counsel of Record